No. 82–1441.   KINNEY ET UX. *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 82–1459.   BUCKLEY ET AL. *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 82–1468.   REMINGA, EXECUTRIX OF THE ESTATE OF REMINGA, ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–1475.   WYLLIE ET AL. *v.* DUNN.   C. A. 6th Cir. Certiorari denied.

No. 82–1494.   SURGENT *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 82–1503.   EVANS *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 82–1505.   GRINDROD *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–1520.   LANDSBERGER *v.* COMMISSIONER OF REVENUE OF MINNESOTA.   Sup. Ct. Minn.   Certiorari denied.

No. 82–1535.   GARLING *v.* SECRETARY OF DEPARTMENT OF HEALTH AND HUMAN SERVICES.   C. A. D. C. Cir.   Certiorari  denied.

No. 82–1550.   MASON ET AL. *v.* PANAMA CANAL CO. ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 82–1552.   GRIGSBY *v.* DEPARTMENT OF ENERGY ET AL.   Temp. Emerg. Ct. App.   Certiorari denied.

No. 82–1553.   LANZIERI *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.